## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PATRICE SASSER

    VS                                     CASE NO.   3:08cv282 RV/MD

MADISON NATIONAL LIFE INSURANCE
COMPANY, INC.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   07/14/2008
Type of Motion/Pleading   MOTION TO DISMISS PLAINTIFF'S COMPLAINT
Filed by: Defendant          on 7/8/08         Doc. No. 4
(  )   Stipulated/Consented/Joint Pleading
RESPONSES:
Plaintiff                    on 7/11/08        Doc. No. 6
                             on _____        Doc. No. ___
                             WILLIAM M. McCOOL, CLERK OF COURT

                             /s/ Lynn C. Uhl
                             Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 15th day of July, 2008, that:

(a)   The requested relief is GRANTED.

(b)   The Complaint is dismissed, without prejudice. Plaintiff may file an Amended Complaint within 14 days.

                                                    */Roger Vinson*
                                                    ROGER VINSON
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                            Document No.