# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PATRICE SASSER

    VS                                     CASE NO. 3:08cv282 RV/MD

MADISON NATIONAL LIFE INSURANCE
COMPANY, INC. OF WISCONSIN

**REFERRAL AND ORDER**

Referred to Judge Vinson on  08/05/2008
Type of Motion/Pleading MOTION TO REMAND AND OBJECTION OF NOTICE OF REMOVAL
Filed by: Plaintiff     on 7/17/08     Doc. No. 11
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                        on          Doc. No.
                                        on         Doc. No.
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ Lynn C. Uhl
                                        Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 5th day of August, 2008, that:

(a)    The requested relief is GRANTED. Local Rule 7.1(C).

(b)    The Clerk is directed to remand this case to the Circuit Court of Escambia County, Florida.

                                        /s/ *Roger Vinson*
                                          ROGER VINSON
                                          SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.